UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 08-79-KKC
CIVIL ACTION NO. 09-7064-KKC

UNITED STATES OF AMERICA     PLAINTIFF

v.     **MEMORANDUM OPINION AND ORDER**

IZZAH A. STOUT     DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Gregory Wehrman. [Rec. No. 155]. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) for the purpose of reviewing the merits of Defendant Izzah A. Stout's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. [Rec. No. 142]. The Magistrate Judge filed his Report and Recommendation on May 17, 2010. [Rec. 155]. Based on his review of the record and the applicable law governing the motion, the Magistrate Judge recommended that Stout's motion be denied. Stout has failed to timely file objections to the Magistrate Judge's Report and Recommendation.[1] As a result, this matter is now ripe for a decision.

While this Court is required to make *de novo* determinations of those portions of the Magistrate Judge's Report and Recommendation to which objections are made, "it does not appear that Congress intended to require district court review of a magistrate's factual or legal

---

[1] The record also indicates that Stout did not respond to the United States' motion to dismiss until May 18, 2010, more than one year after the motion to dismiss was filed. *See* Rec. No. 156. The Magistrate Judge did not consider Stout's response to the motion to dismiss because it was submitted after the Report and Recommendation was filed. Having reviewed Stout's response, the undersigned finds that the arguments he raises do not warrant further discussion in this opinion. The arguments raised are difficult to follow and contain no citations to case law supporting Stout's position.

conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985). In addition, the Sixth Circuit has recognized that parties failing to file objections to a Magistrate Judge's proposed findings of fact and recommendations of law waive their right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986).

In this case, the Court has reviewed the Magistrate Judge's Report and Recommendation and being otherwise sufficiently advised, the undersigned agrees that Stout's petition for a writ of habeas corpus should be denied, for the reasons stated in the Magistrate Judge's Report and Recommendation.

Accordingly, **IT IS ORDERED** as follows:

(1) The statement of facts and legal conclusions contained in the United States Magistrate Judge's Report and Recommendation [Rec. No. 155] are **ADOPTED** and **INCORPORATED** herein by reference;

(2) The Defendant's petition for a writ of habeas corpus [Rec. No. 142] is **DENIED** and his claims are **DISMISSED** with prejudice**;**

(3) The United States' motion to dismiss [Rec. No. 148] is **GRANTED;**

(4) A Certificate of Appealability shall not issue because the Defendant has not made a substantial showing of the denial of any substantive constitutional right;

(5) Judgment will be entered contemporaneously with this Memorandum Opinion and Order in favor of the United States.

This 10th day of June, 2010.



Signed By:
*Karen K. Caldwell*
**United States District Judge**